IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES JONES<br><br>Plaintiff,<br><br>v.<br><br>AVENUES RECOVERY MEDICAL CENTER AT VALLEY FORGE, LLC d/b/a VALLEY FORGE MEDICAL CENTER AND HOSPITAL, INC.<br><br>Defendant. | CIVIL ACTION<br><br>NO. 2:22-cv-04215-MSG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff James Jones and Defendant Avenues Recovery Medical Center at Valley Forge, LLC d/b/a Valley Forge Medical Center and Hospital, Inc., by and through their undersigned counsel, hereby stipulate and agree to dismiss with prejudice all of Plaintiff's claims in the above-captioned action without costs or fees to any party.

Dated: January 30, 2023

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Andrew Olcese*<br>Andrew Olcese<br>KARPF, KARPF & CERUTTI, P.C.<br>3331 Street Road<br>Two Greendwood Square, Suite 128<br>Bensalem, PA 19020<br>(215) 639-0801<br>aolcese@karpf-law.com<br><br>*Counsel for Plaintiff* | */s/ Brian W. Sullivan*<br>Brian W. Sullivan (PA ID 208728)<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Telephone: (215) 979-1221<br>Fax: (215) 979-1020<br>bsullivan@duanemorris.com<br><br>*Counsel for Defendant* |